## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | : | |
| Plaintiff, | : | Civil No. 07-2048 (RBK) |
| v. | : | **ORDER** |
| ADMIRAL INSURANCE CO. INC. AND MONITOR LIABILITY MANAGERS INC., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the motion of Defendant Admiral Insurance Co. Inc. and Monitor Liability Managers Inc. for transfer to the United States Bankruptcy Court for the Northern District of Texas or in the alternative to dismiss; and on the motion of Plaintiff Royal Indemnity Company to remand the case to the Superior Court of New Jersey, Law Division–Camden County, and the Court having considered all the moving papers and the opposition thereto; and for the reasons expressed in the accompanying opinion issued this day;

**IT IS HEREBY ORDERED** that Defendant's motion to transfer venue is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss is **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to remand is **GRANTED**, and this proceeding shall be remanded to the Superior Court of New Jersey, Law Division–Camden County; and

**IT IS FURTHER ORDERED** that Plaintiff's request for fees and costs is **DENIED**.


Dated:     11/19/2007                                                      /s/ Robert B. Kugler           
                                                                          ROBERT B. KUGLER
United States District Judge